**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-22223-JB/Shaw-Wilder**

ANNE ROSE DOREST,

Plaintiff,

v.

U.S. BANK TRUST NATIONAL ASSOCIATION, *et al.*,

Defendants.
_________________________________/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on United States Magistrate Judge Detra Shaw-Wilder's Omnibus Report and Recommendations ("Report") on various Defendants' Motions to Dismiss. *See* ECF No. [71]. In the Report, Judge Shaw-Wilder recommends that the Court grant the Motions to Dismiss and grant Plaintiff leave to file an amended complaint. *Id.* No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [71], is **AFFIRMED** and **ADOPTED**.
2. Defendants' Motions to Dismiss, ECF Nos. [31], [32], [33], [43], [49], [51], [56], and [58] are **GRANTED**.
3. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** and **WITH LEAVE TO AMEND**.

4. Plaintiff shall file an amended complaint that cures the deficiencies identified in the Report by **October 13, 2026**.

5. All pending motions are **DENIED AS MOOT**.

6. Failure to file an amended complaint by **October 13, 2026** will result in the dismissal of this action without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 11th day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**